AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| JANET NEWCOMB, an individual; JERRY MASON, an individual; and METRO MULTIFAMILY HOUSING ASSOCIATION, an Oregon nonprofit organization, dba, MULTIFAMILY NW, <br><br> *Plaintiff(s)* <br><br> v. <br> CITY OF PORTLAND, an Oregon municipal corporation <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:20-cv-00294-SI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   City of Portland
c/o Tracy Reeve, City Attorney
1221 SW 4th Avenue, Room 430
Portland, OR 97204


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jill O. Gibson
LYNCH CONGER LLP
15350 SW Sequoia Pkwy, Ste 250
Portland, Oregon  97224


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**MARY L. MORAN, Clerk of Court**

Date: __02/21/2020_____

**By: s/S. Behrends, Deputy Clerk**