TRACY REEVE, OSB #891123
City Attorney
tracy.reeve@portlandoregon.gov
MALLORY R. BEEBE, OSB #115138
Deputy City Attorney
mallory.beebe@portlandoregon.gov
ADRIANNE M. DELCOTTO, OSB #122364
Deputy City Attorney
adrianne.delcotto@portlandoregon.gov
MICHAEL J. JETER, OSB #165413
Assistant Deputy City Attorney
michael.jeter@portlandoregon.gov
DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JANET NEWCOMB, an individual; JERRY MASON, an individual; and METRO MULTIFAMILY HOUSING ASSOCIATION, an Oregon nonprofit organization, dba MULTIFAMILY NW,**<br><br>        **PLAINTIFFS,**<br><br>    v.<br><br>**CITY OF PORTLAND, an Oregon municipal corporation,**<br><br>        **DEFENDANT.** | 3:20-cv-00294-SI<br><br>**DEFENDANT'S MOTION TO EXCEED PAGE LIMIT** |

Defendant City of Portland hereby moves the Court for an order granting approval to exceed the 11,000 word and 35-page limit, pursuant to LR 7-2(b)(1), on its response to Plaintiffs'

Page 1 –    DEFENDANT'S MOTION TO EXCEED PAGE LIMIT

Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3). Defendant respectfully requests a page limit of up to 50 pages, exclusive of the tables of contents, cases, authorities, and exhibits.  Staff for the undersigned counsel conferred with Plaintiffs' counsel, Jill Gibson, who objected to this Motion.

However, additional pages are necessary in light of the arguments raised by Plaintiffs to which Defendant must respond. Plaintiffs' Motion, which is 41 pages, challenges 13 separate provisions of Portland City Code ("PCC") 30.01.086 and five provisions of PCC 30.01.087. Plaintiffs assert that they are entitled to a temporary restraining order because the City's code provisions violate the free speech protections of both the United States Constitution and Oregon Constitution, violate Plaintiffs' due process rights, and are preempted under the Oregon Landlord Tenant Act.  The preemption arguments alone mandate a detailed analysis of not only the City code provisions at issue, but also the provisions of the Oregon Landlord Tenant Act raised by Plaintiffs.  Defendant City respectfully requests that the Court grant this Motion.

Dated:  February 25, 2020

Respectfully submitted,

/s/ Mallory R. Beebe
MALLORY R. BEEBE
OSB # 115138
Deputy City Attorney
Telephone: (503) 823-4047

Page  2  –    DEFENDANT'S MOTION TO EXCEED PAGE LIMIT